**No. 54231.**—Laurentian Trading Co., Ltd., et al. *v.* United States, protests 138285–K, etc. (New York).

Opinion by LAWERNCE, J.   The protests were dismissed.

**No. 54232.**—A. P. I., Ltd. *v.* United States, protest 150537–K (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 54233.**—Hans M. F. Schulman *v.* United States, protest 152027–K (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 54234.**—Simon Import Corp. *v.* United States, protests 153690–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of sisal bags the same in all material respects as those involved in *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 54235.**—Singh Singh Co., Inc. *v.* United States, protest 145468–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of "hemmed-woven silk mufflers, valued at more than $5 per dozen," the same in all material respects as those the subject of Abstract 46910, the claim of the plaintiff was sustained.